UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                        CASE NO. 22-mj-30062

v.

CLAYTON HIROSHI MITSUI, JR.,

       Defendant.
_____/

## APPEARANCE

Comes now, Dawn N. Ison, United States Attorney for the Eastern District of Michigan, by Corinne M. Lambert, Special Assistant United States Attorney for the Eastern District of Michigan, and enters this appearance as co-counsel for the United States of America.

Respectfully Submitted,

Dawn N. Ison
United States Attorney

By:   /s/ *Corinne M. Lambert*
       Corinne M. Lambert
       Special Assistant U.S. Attorney
       211 W. Fort Street, Suite 2001
       Detroit, MI   48226
       Telephone: (313) 226-9129
       Fax:   (313) 226-2873
       E-mail: corinne.lambert@usdoj.gov